IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOSEPH MARK PRENTICE,**

 **Plaintiff,**

v.                Case No.: 3:12cv437/MCR/EMT

**J. SHEPPARD, M.D., et al.,**

 **Defendants.**
_____/

## ORDER

  This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 2, 2013 (doc. 12). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

  Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

  2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

  **DONE AND ORDERED** this 5th day of February, 2013.

              s/ *M. Casey Rodgers*
              **M. CASEY RODGERS**
              **CHIEF UNITED STATES DISTRICT JUDGE**